**Order entered April 9, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00098-CV

## RYAN GALLAGHER, Appellant

## V.

## COLLIN COUNTY, ET AL., Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-00049-2020

## ORDER

By order dated March 6, 2020, we denied appellant's motion to waive the fees for preparation of the clerk's and reporter's records because appellant had not complied with rule 145 of the rules of civil procedure. *See* TEX. R. CIV. P. 145. Before the Court is appellant's April 7, 2020 motion to reconsider that order. Appellant has now filed a statement of inability to afford payment of court costs with the trial court. Because it does not appear a contest has been filed, appellant is entitled to proceed without payment of costs. *See id.* Accordingly, we **GRANT**

appellant's motion and **ORDER** Lynne Finley, Collin County District Clerk, and Destiny Moses, Official Court Reporter for the 416th Judicial District Court, to file their respective records **within twenty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley; Ms. Moses; and, all parties.

/s/     KEN MOLBERG
        JUSTICE